# Fourth Court of Appeals


March 31, 2021

No. 04-21-00058-CV

**DIAMOND ENVIRONMENTAL MANAGEMENT, L.P.**; Bexar County Emergency Service District No. 5; and Bexar County Emergency Service District No. 10,
Appellants

v.

**CITY OF SAN ANTONIO, TEXAS,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-26125
Honorable Aaron Haas, Judge Presiding

# O R D E R

This appeal was filed by three appellants: Bexar County Emergency Services District No. 5, Bexar County Emergency Services District No. 10, and Diamond Environmental Management, L.P. (collectively, "appellants"). One of the appellants, Diamond Environmental Management, L.P. ("Diamond"), filed its brief on March 23, 2021.

On March 19, 2021, Bexar County Emergency Services District No. 5 and Bexar County Emergency Services District No. 10 filed an Advisory with this court stating the clerk's record requested by Diamond did not include any pleadings filed, in the trial court, by Bexar County Emergency Services District No. 5 and Bexar County Emergency Services District No. 10. Therefore, on March 4, 2021, these appellants requested a supplemental clerk's record from the Bexar County District Clerk. On March 22, 2021, this court ordered the Bexar County District Clerk to file in this court a supplemental clerk's record containing the documents requested by Bexar County Emergency Services District No. 5 and Bexar County Emergency Services District No. 10 on March 4, 2021, no later than April 5, 2021. Our order also stated that Bexar County Emergency Services District No. 5's and Bexar County Emergency Services District No. 10's briefs were due thirty days from the date the supplemental clerk's record is filed in this court.

On March 30, 2021, appellee, the City of San Antonio, filed a motion stating its intent to file a consolidated brief addressing all issues raised by all appellants and asking that its brief be due thirty days from the date all appellants have filed their briefs. The motion is GRANTED and

the City's brief is due thirty days from the date Bexar County Emergency Services District No. 5 and Bexar County Emergency Services District No. 10 file their brief.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court